UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARD HOWARD, #243327,

    Petitioner,

v.

SHAWN BREWER,

    Respondent.

CASE NO. 2:15-cv-13765

HON. GEORGE CARAM STEEH

MAG. DAVID R. GRAND

**Notice of Filing Rule 5 Materials**
**Index of Record**
**Certificate of Service**

**Notice**

TO:  Bernard Howard, #243327
      Muskegon Correctional Facility
      2400 S. Sheridan Dr.
      Muskegon, MI 49442

PLEASE TAKE NOTICE that a copy of Rule 5 Material is being served upon the Clerk of the United States District Court for the Eastern District of Michigan, Southern Division, as set forth in the attached Index of Record.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BILL SCHUETTE<br>Attorney General |
|  | s/<u>Bruce H. Edwards</u> |
|  | Assistant Attorney General<br>Criminal Appellate Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 373-4875<br>Edwardsb8@michigan.gov |
| Dated: April 22, 2016 | P34983 |

# Index of Record
2:15-cv-13765

1. Wayne County Docket Sheet
2. 08-16-1994 Transcript
3. 12-09-1994 Transcript
4. 01-12-1995 Transcript
5. 02-02-1995 Transcript
6. 03-06-1995 Transcript
7. 03-08-1995 Transcript
8. 03-13-1995 Transcript
9. 03-14-1995 Transcript
10. 03-15-1995 Transcript
11. 03-16-1995 Transcript
12. 03-20-1995 Transcript
13. 03-21-1995 Transcript
14. 03-22-1995 Transcript
15. 03-23-1995 Transcript
16. 03-27-1995 Transcript
17. 03-28-1995 Transcript
18. 05-12-1995 Transcript
19. Michigan Court of Appeals 186972
20. Michigan Supreme Court 108794
21. 05-29-2013 Motion for Relief from Judgment
22. 07-28-2013 Amended Motion for Relief from Judgment
23. 03-27-2014 Opinion and Order
24. 04-09-2014 Motion for Reconsideration
25. 04-28-2014 Order Denying Motion for Reconsideration
26. Michigan Court of Appeals 322503
27. Michigan Supreme Court 150685

# Certificate of Service

I hereby certify that on April 22, 2016, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>HONORABLE GEORGE CARAM STEEH
>MAGISTRATE JUDGE DAVID R. GRAND

and I hereby certify that Kathy Land has mailed by United States Postal Service the papers to the following non-ECF participant:

>Bernard Howard, #243327
>Muskegon Correctional Facility
>2400 S. Sheridan Dr.
>Muskegon, MI 49442

>Bill Schuette
>Attorney General

>s/<u>Bruce H. Edwards</u>

>Assistant Attorney General
>Criminal Appellate Division
>P.O. Box 30217
>Lansing, MI  48909
>(517) 373-4875
>Edwardsb8@michigan.gov
>(P34983)